UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:14-cv-60259-UU

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 98.254.161.72,

    Defendant.

_____/

## ORDER ON EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint, D.E. 13, filed on June 2, 2014.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff moves for a 30-day extension of time from its 120-day deadline to effectuate service, which fell on May 31, 2014. Plaintiff did not move for leave to serve a third party subpoena until April 4, 2014. D.E. 4. From April 4 until May 21, Plaintiff had been given leave by the Honorable Robin S. Rosenbaum to serve a subpoena on Comcast Cable to discover "the true name, address, telephone number, and e-mail address of Defendant for the purpose of serving Defendant and prosecuting the claims in the Complaint." D.E. 6. Plaintiff was unable to discover this information. It is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 17, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6TH day of June, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record