UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:14-cv-60259-UU

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.254.161.72,

    Defendant.

_____/

### ORDER OF DISMISSAL DUE TO LACK OF SERVICE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed suit on January 31, 2014. One hundred twenty days have elapsed since that date, and Plaintiff has not served Defendant. Accordingly, and pursuant to Federal Rule of Civil Procedure 4(m), it is hereby

ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of June, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record